IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BOBBIE TORRY,

|  |  |
|---|---|
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | Case No. 11-cv-748-wmc |

SEAN SALTER,

Defendant.

This action came for consideration before the court with District Judge William M. Conley  presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff

Bobbie Torry's claim for his failure to exhaust administrative remedies.

| /s/ | 12/04/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |